IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANALICIA VELASCO,<br>    Plaintiff,<br><br>vs.<br><br>IAS LOGISTICS DFW, LLC d/b/a<br>PINNACLE LOGISTICS,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____ |

## NOTICE OF REMOVAL

TO THE HONORABLE US DISTRICT JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Defendant IAS Logistics DFW, LLC d/b/a Pinnacle Logistics ("IAS Logistics"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice of the removal of this action pending in the 92nd Judicial District, Hidalgo County, to the United States District Court for the Southern District of Texas. In support of removal, IAS Logistics states as follows:

### The State Court Action

1.  On or about June 26, 2023, an action was commenced in the 92nd Judicial District, Hidalgo County, in the State of Texas, captioned Analicia Velasco v. Pinnacle Logistics, LLC, bearing Cause No. C-2169-23-A (the "State Action") and served on IAS Logistics by service of process on IAS Logistics' agent for service in Texas.

2.  On or about August 23, 2023, Plaintiff amended her Petition, to reflect the correct party name of IAS Logistics, with the caption of Analicia Velasco v. IAS Logistics

DFW, LLC d/b/a/ Pinnacle Logistics, bearing Cause No, C-2169-23-A, by service of process on its attorney, Susan Sullivan, Esq.

3.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon IAS Logistics in the State Action are attached hereto as **Exhibit A.**

## Grounds for Removal:  Diversity Jurisdiction

4.      The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

5.      28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

6.      The Complaint alleges that Plaintiff was a resident of Rancho Viejo, Cameron County, Texas, at all times relevant to the State Action.  Therefore, upon information and belief, Plaintiff is a citizen of Texas for the purposes of a diversity jurisdiction analysis.

7.      IAS Logistics is a Limited Liability Corporation whose sole member is Worldwide Flight Services, Inc. ("WFS").  WFS is incorporated in the state of Delaware with its principal place of business in Jamaica, New York.

8.      Therefore, this Court has jurisdiction over the claims made by Plaintiff, and removal is appropriate.

9.      The matter in controversy exceeds the sum of value of $75,000.00 exclusive of interest and costs.

## Compliance with Procedural Requirements

10. On August 23, 2023, IAS Logistics was notified by service of process on its attorney, Susan Sullivan, Esq. At such time, Pinnacle Logistics, LLC was removed from this action.

11. Upon information and belief, Pinnacle Logistics, LLC is an entity operating within the State of Texas which is unaffiliated with either Plaintiff or IAS Logistics.

12. Thus, this Notice of Removal is timely filed pursuant to 28 U.S. Code § 1446, as it is filed within thirty (30) days of August 23, 2023.

13. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Southern District of Texas because the county from which the State Action is being removed lies within the covered area for the Southern District of Texas.

## Conclusion

Having fulfilled all statutory requirements, IAS Logistics., removes this action to this Court from the 92nd Judicial District, Hidalgo County, Texas, and requests that this Court assume jurisdiction over this matter as provided by law.

By:/s/Susan Sullivan
Susan Sullivan
Federal ID No. 13144
State Bar No. 11546700
Email: ssullivan@atlashall.com
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109
**ATTORNEY IN CHARGE OF DEFENDANT**

Of Counsel:
Rick Zuniga
Federal ID No. 1682846
State Bar No. 24084148
Email: rzuniga@atlashall.com
ATLAS, HALL & RODRIGUEZ, LLP
P. O. Box 3725
818 W. Pecan Blvd. (78501)
McAllen, Texas 78502
Tel:  (956) 682-5501
Fax: (956) 686-6109

Theresa Rusnak
Email: trusnak@bsk.com
BOND, SCHOENECK & KING PLLC
350 Linden Oaks, Third Floor
Rochester, NY 14625
Tel:  (585) 362-4700
Fax: (585) 362-4701

## CERTIFICATION OF SERVICE

I hereby certify that on September 22, 2023, a copy of the foregoing was served by electronic mail on the following counsel of record:

Carlos Hernandez, Esq.
State Bar No. 00787681
LAW OFFICES OF
JOSE G. GONZALEZ
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504

                                                */s/ Susan Sullivan*
                                                Susan Sullivan

CAUSE NO.  C-2169-23-A

| | | |
|---|---|---|
| ANALICIA VELASCO, | : | IN DISTRICT COURT |
| Plaintiff, | : | |
| | : | 92nd JUDICIAL DISTRICT |
| vs. | : | |
| | : | |
| IAS LOGISTICS DFW, LLC d/b/a. | : | HIDALGO COUNTY |
| PINNACLE LOGISTICS, | : | |
| Defendant. | : | |

## DECLARATION OF HELEN YU

**HELEN YU, ESQ.**, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am the Senior Vice President and General Counsel for Worldwide Flight Services, Inc. ("WFS") and have served in that capacity since March 21, 2022.  As such, I am familiar with the facts set forth in this declaration.

2. The information set forth in this declaration is based upon my personal knowledge or knowledge obtained from a review of records maintained in the ordinary course of business to which I have access in my capacity as Senior Vice President and General Counsel.

3. At the time of filing of the Amended Petition, and at the time of removal, WFS was and is incorporated in Delaware, and maintains its corporate headquarters in Jamaica, New York.

16556062.1

2

4.	WFS's principal place of business is located at John F. Kennedy International Airport, Building 151, East Hangar Road, Suite 361, Jamaica, New York 11430.

5.	WFS is the sole member of IAS Logistics DFW, LLC d/b/a Pinnacle Logistics.

6.	I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:	September 22, 2023

_____
HELEN YU

16556062.1