UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANALICIA VELASCO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:23-CV-00323 |
| IAS LOGISTICS DFW, LLC d/b/a PINNACLE LOGISTICS, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 27, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 28). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 23), be granted, (Dkt. No. 28).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On February 11, 2026, Velasco filed objections to the M&R asserting that it "resolves factual disputes requiring a credibility determination" and that it "violates the Supreme Court's axioms on summary judgment." (Dkt. No. 29 at 1–2). While these objections were filed after the 14-day deadline had passed, (*see* Dkt. No. 28 at 21), the Court will nevertheless consider them.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R, (Dkt. No. 28), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment, (Dkt. No. 23), is **GRANTED**.

It is SO ORDERED.

Signed on February 12, 2026.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**